**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| WAHIID M. ALAMIIN, a/k/a ) | |
| JAMES SHOCKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  CIV-06-0871-F |
| ) | |
| JEWEL BEASLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, a state prisoner appearing *pro se* and *in forma pauperis*, brings this action pursuant to 42 U.S.C. § 1983 alleging violation of his constitutional rights. Plaintiff's pleadings are liberally construed.

Magistrate Judge Doyle W. Argo's Report and Recommendation of February 22, 2008 is before the court. (Report, doc. no. 62.) In his report, Magistrate Judge Argo recommends that the motion for summary judgment of Defendant Beasley (doc. no. 54) be denied, that the motion for summary judgment of Defendant Dishman (doc. no. 54) be granted in part and denied in part; and that plaintiff's motion for summary judgment and objection to incomplete special report (doc. no. 35) be denied. The magistrate judge also recommended that plaintiff's motion for appointment of counsel (doc. no. 55) be granted. Defendants filed an objection to the recommendations contained in the Report, and plaintiff filed a reply to those objections.

As required by 28 U.S.C. §636(b)(1), the court has reviewed all matters and has reviewed all objected to matters *de novo*. Having concluded that review, and after careful consideration of defendants' objections, the record, and the relevant

authorities, the court finds that it agrees with the Report of the magistrate judge and that no purpose would be served by stating any further analysis here.

Accordingly, the Report and Recommendation of Magistrate Judge Doyle W. Argo is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. The motion for summary judgment of Defendant Beasley (doc. no. 54) is **DENIED**; the motion for summary judgment of Defendant Dishman (doc. no. 54) is **GRANTED** in part and **DENIED** in part as set out in the magistrate judge's Report; plaintiff's motion for summary judgment and objection to incomplete special report (doc. no. 35) is **DENIED**; and plaintiff's motion for appointment of counsel (doc. no. 55) is **GRANTED**.

The undersigned **RE-REFERS** this matter to Magistrate Judge Argo for the limited purpose of securing counsel to represent the plaintiff.

Dated this 6th day of June, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0871p005.wpd