# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

WAHIID M. ALAMIIN, a/k/a )
JAMES SHOCKEY, )
  )
    Plaintiff, )
  )
vs. ) Case No. CIV-06-0871-F
  )
JEWEL BEASLEY, et al., )
  )
    Defendants. )

## ORDER

Plaintiff, a state prisoner appearing through counsel, brings this action pursuant to 42 U.S.C. § 1983, alleging a violation of his constitutional rights.

Magistrate Judge Doyle W. Argo has issued a Report and Recommendation (doc. no. 134), recommending that the joint motion for summary judgment of defendants Beasley and Dishman (doc. no. 129) be denied as moot following the filing of a stipulation of dismissal with respect to the claims against those defendants.

The Report advised the parties of their right to file an objection by December 6, 2010, and further advised that failure to make timely objection waives their right to appellate review of factual and legal questions addressed in the report. No objection has been filed, and no extension of time within which to object has been sought.

Having conducted its own review, and with there being no objection, the court finds that it agrees with the report. It further finds that no purpose would be served by any further analysis here.

Accordingly, the Report and Recommendation of Magistrate Judge Argo is **ACCEPTED**, **ADOPTED** and **AFFIRMED** in its entirety. The motion for summary judgment of defendants Beasley and Dishman is **DENIED** as **MOOT**.

This order does not dispose of all issues referred to the Magistrate Judge. This action remains referred.

Dated this 9th day of December, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0871p027.wpd