# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

WAHIID M. ALAMIIN, a/k/a )
JAMES SHOCKEY, )
            )
        Plaintiff, )
            )
vs. )    Case No.  CIV-06-0871-F
            )
JEWEL BEASLEY, et al., )
            )
        Defendants. )

## ORDER

Plaintiff, a state prisoner appearing through counsel, brings this action pursuant to the Religious Land Use and Institutionalized Persons Act of 2000 (RLUIPA).

The June 13, 2011 Report and Recommendation of Magistrate Judge Doyle W. Argo  (doc. no. 160) recommends that the motion for summary judgment of the sole remaining defendant, Cornell Companies, Inc., be granted.  (Doc. no. 153.)  The Report advised that any objection to the Report must be filed by July 5, 2011, and that failure to make timely objection to the Report waives the right to appellate review of both factual and legal issues addressed in the Report.  No objection to the Report has been filed, and no request for an extension of time within to file such an objection has been sought.

Having conducted its own review, and with there being no objection, the court finds that it agrees with the Report.  It further finds that no purpose would be served by stating any further analysis here.

Accordingly, the Report and Recommendation of Magistrate Judge Argo is **ACCEPTED**, **ADOPTED** and **AFFIRMED** in its entirety. The motion for summary judgment of Cornell Companies, Inc. is **GRANTED**.

Dated this 6th day of July, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0871p029.wpd